Norris Grain Company, Appellee, v. William R. Brown
and A. G. Miller. William R. Brown, Appellant.

Gen. No. 9,866.

opinion filed April 28, 1943.

William R. Brown, *pro se;* W. Robert Brown, for appellant; Walter D.
Boyle, for appellee. Opinion by JUSTICE DOVE. ''Not to be published
in full.''